■ In the Matter of ALFRED L. FRITZ, an Attorney.—A certified copy of the judgments of conviction of Alfred L. Fritz, an attorney, in the Niagara County Court of the crimes of grand larceny, third degree, and grand larceny, third degree (two counts), having been presented to this court, he is disbarred and his name is stricken from the roll of attorneys. Present—Dillon, P. J., Boomer, Pine, Balio and Lawton, JJ.

■ In the Matter of ROBERT O'CONNELL.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.

■ In the Matter of JAMES T. SPAULDING, an Attorney.— Resignation accepted and name stricken from roll of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

■ GEORGE LEWIS et al., Appellants, v NIAGARA FRONTIER ROOFING AND INSULATION Co. et al., Respondents.—Motion to dismiss appeal and for other relief denied. Memorandum: Abandonment rule does not apply to appeals taken before its effective date. Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ CATHERINE STAHL, Respondent, v JAMES STAHL, Appellant.—Motion to be relieved of abandonment of appeal denied. Memorandum: Appellant has demonstrated neither a reasonable excuse for his delay nor merit to the appeal (see, 22 NYCRR 1000.3 [b] [2]). Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.